UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
Francisco Rosado,

                Plaintiff,

    -against-                                      18 **CIVIL** 9760 (AJN)

## **JUDGMENT**

City of New York, et al.,

                Defendants.
-------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion and Order dated June 1, 2020, Defendants' motion to dismiss is granted; the federal claims are dismissed with prejudice and the state law claims dismissed without prejudice; accordingly, this case is closed.

**Dated:**  New York, New York
          June 2, 2020

                                                          **RUBY J. KRAJICK**
                                                           _____
                                                            Clerk of Court
                                   **BY:**
                                                            _____
                                                            Deputy Clerk